PRESTON EASLEY, State Bar No. 108347
(maritime@earthlink.net)
PETER YOVANOVICH, State Bar No. 305794
(max@prestoneasley.com)
LAW OFFICES OF PRESTON EASLEY APC
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone:  (310)832-5315
Facsimile:   (310)832-7730

Attorneys for Plaintiff
      ADOLFO GAXIOLA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO GAXIOLA,<br><br>              Plaintiffs,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendants. | Case No.: **'19CV0947 DMS AGS**<br>(In Admiralty)<br><br>COMPLAINT FOR DAMAGES |

    COMES NOW PLAINTIFF ADOLFO GAXIOLA and complains of defendant and alleges:

    1. At all times relevant hereto plaintiff is and was employed as waysman by National Steel and Shipbuilding Company in San Diego, California.

COMPLAINT FOR DAMAGES
-1-

2. Defendant UNITED STATES OF AMERICA is a sovereign which has consented to be sued herein under the Suits in Admiralty Act, 46 USC Sec. 741-752; and the Public Vessels Act, 46 USC Sec. 781-790; and the Admiralty Extension Act, 46 USC Sec. 30101.

3. The bases of federal jurisdiction are the Suits in Admiralty Act, 46 USC Sec. 741-752; the Public Vessels Act, 46 USC Sec. 781-790; the Admiralty Extension Act, 46 USC Sec. 30101, and Admiralty. This is an action in admiralty pursuant to Rule 9(h).

4. At all times relevant hereto plaintiff ADOLFO GAXIOLA was and is a resident of the City of San Diego, County of San Diego, State of California.

5. At all times material hereto defendant UNITED STATES OF AMERICA owned, operated, crewed, controlled and managed the vessel USS BOXER (LHD-4) in coastwise, intercostal, and foreign navigation through the United States Navy.

6. On or about March 7, 2018, while the USS BOXER (LHD-4) was pierside in navigable waters at Pier 2, Naval Base, San Diego, California when crewmen from the USS BOXER, employees of defendant UNITED STATES, negligently dropped a trash can dolly from the vessel's gangway and said dolly fell and struck plaintiff ADOLFO GAXIOLA in the head causing him severe and disabling injuries while he was standing on the dock at Pier 2. Defendant UNITED STATES negligently breached its duty to use due care under the circumstances.

Defendant UNITED STATES negligently breached its duty to exercise due care to avoid exposing the ship repairmen to harm they may encounter from equipment under the active control of the vessel (defendant UNITED STATES) during the repair operation.

7. As a result of the negligence of defendant, plaintiff was hurt and injured in his health, strength and activity, sustaining serious injuries, all of which injuries have caused and continue to cause plaintiff great mental, physical and nervous pain and suffering and loss of enjoyment of life in an amount to be proven at trial. Plaintiff is informed and believes that thereon alleges that such injuries will result in some permanent disability to him.

8. As a further result of the negligence of defendant, plaintiff has incurred and will continue to incur medical and related expenses, the full amount of which is not known to plaintiff at this time, and plaintiff will move to amend his complaint to state such amount when the same becomes known to him, on proof thereof. The amount of plaintiff's medical expenses will be proven at trial.

9. As a further result of the negligence of defendant, plaintiff's earning capacity was greatly impaired and plaintiff suffered a loss of wages, fringe benefits wage earning capacity, and ability to perform household services, both past and future. The exact amount is not known to plaintiff at this time, and plaintiff will state such amount when the same becomes known to him, on proof thereof, and such amount will be proven at trial.

    10. Plaintiff brought on administrative claim against defendant UNITED STATES through the Department of the Navy, Office of the Judge Advocate General, on May 29, 2018.

    WHEREFORE, plaintiff prays judgment against defendant as follows:

1. For general damages, according to proof;

2. For damages for medical and related expenses, according to proof;

3. For damages for lost earnings, both past and future; and loss of earning capacity and fringe benefits, both past and future; and loss of ability to perform household services, both past and future, according to proof;

4. For prejudgment interest;

5. For costs of suit herein incurred; and

6. For such other and further relief as the Court may deem proper.

Date: May 21, 2019

                             s/Preston Easley
                             PRESTON EASLEY
                             Attorney for Plaintiff
                             ADOLFO GAXIOLA